

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-24-00439-CV

**LONE STAR REPROGRAPHICS, INC.** and Tyler Spielmann,
Appellants

v.

Brianna **BALDERRAMA**,
Appellee

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2019-CI-21964
Honorable Laura Salinas, Judge Presiding

PER CURIAM

Sitting:     Irene Rios, Justice
             Lori Massey Brissette, Justice
             Adrian A. Spears II, Justice

Delivered and Filed: December 23, 2025

REVERSED AND RENDERED

The parties have filed a joint motion stating the parties have entered into a settlement agreement. Pursuant to Rule 42.1(a)(2)(A) of the Texas Rules of Appellate Procedure, the motion requests we reverse the trial court's judgment and render judgment dismissing the parties' claims with prejudice. Under Rule 42.1(a)(2)(A), when the parties have agreed to settle a civil case, we may "render judgment effectuating the parties' agreement[.]" TEX. R. APP. P. 42.1(a)(2)(A). Accordingly, we grant the parties' joint motion. We reverse the trial court's judgment and render

judgment dismissing all claims brought in the underlying cause with prejudice. Pursuant to the parties' agreement, costs of appeal are assessed against the parties who incurred them, and we order the release of any surety posting a supersedeas bond to suspend execution of judgment in the underlying cause.

PER CURIAM